UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CAUSE NO.  2:24 CR 81 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES W. BOND, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO RECONSIDER DETENTION ORDER**

Comes now James Bond by counsel Paul G. Stracci, J. Michael Woods, and Alison L. Benjamin and respectfully moves the Court to reopen the prior detention hearing to allow for additional proffer and argument, and to set this matter for hearing on May 5, 2026, at 9:30 a.m.  In support thereof, counsel states:

1. Mr. Bond was indicted on September 18, 2024.  The indictment alleges that over the course of several days in July 2024, he engaged in the sexual exploitation of a minor, received child pornography, and possessed child pornography.

2. Mr. Bond was arrested on September 19, 2024.

3. This Court held a detention hearing on September 24, 2024, at which time Mr. Bond was ordered detained pretrial, and he has been detained at the Jerome Combs Detention Center in Kankakee, Illinois, since that time.

4. This matter is scheduled for jury trial on August 3, 2026.

5.     This is a rebuttable presumption case. 18 U.S.C. 3142(e)(3). The Court did find that Mr. Bond presented evidence sufficient to rebut the presumption. The Court did not find Mr. Bond to be a flight risk. But after review of factors set forth in §3142(g), the Court determined that there were no conditions or combination of conditions that existed that would reasonably assure the safety of any other person or the community.

6.     In so holding, the Court noted the serious nature and circumstances of the crime involving vulnerable minor victims; the defendant's unique position, connections and influence within the community; potential chilling effect on victims and the effect on an active investigation; and the level and manner of enticement utilized during the commission of the offense.

7.     Mr. Bond intends to present additional proffer and argument on the type of and the combination of conditions available that would reasonably assure the safety of any other person and the community.

8.     In addition, Mr. Bond intends to present proffer and argument in relation to the possibility of his temporary release pursuant to 18 U.S.C. 3142(i) which allows for the temporary release of a person detained pretrial on determination that such release is necessary for preparation of the person's defense or for another compelling reason.

WHEREFORE, defendant James Bond, by counsel, respectfully moves the Court to reopen the prior detention hearing to allow for additional proffer and argument, and to set this matter for hearing on May 5, 2026, at 9:30 a.m.

      Respectfully submitted,
      STRACCI LAW GROUP, P.C.


By:  /s/ Alison L. Benjamin
   Alison L. Benjamin, #21497-45
   STRACCI LAW GROUP, P.C.
   11890 Broadway
   Crown Point, IN  46307
   voice:  (219) 525-1000
   fax: (219) 525-1000
   email:  abenjamin@straccilaw.com